No. 84-5925. NUEY v. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 84-5953. HORTON v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 84-5984. MARK v. ATHMANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 84-5991. BICKLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84-5999. MCMINN v. D. V. RAMANI, M. D. & ASSOCIATES, INC. Ct. App. Ohio, Summit County. Certiorari denied.

No. 84-6000. D'AGOSTINO v. COUNTY OF MADISON ET AL. C. A. 2d Cir. Certiorari denied.

No. 84-6001. ALBERTON v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 84-6004. REED v. JOSEPH ET AL. Sup. Ct. Ore. Certiorari denied.

No. 84-6008. SLEDGE v. MORRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 84-6009. MOORE v. RICE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84-6010. AUSTIN v. MORAN, DIRECTOR, DEPARTMENT OF CORRECTIONS OF RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 84-6016. GENTSCH v. LOWE, CLERK, TEXAS COURT OF CRIMINAL APPEALS. C. A. 5th Cir. Certiorari denied.

No. 84-6020. MONTGOMERY v. NATIONAL MULTIPLE SCLEROSIS SOCIETY. C. A. D. C. Cir. Certiorari denied.

No. 84-6025. ASH v. CVETKOV ET AL. C. A. 9th Cir. Certiorari denied.